IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | : | |
| Plaintiff | : | |
| | : | 3:CV-08-0225 |
| VS. | : | (JUDGE VANASKIE) |
| | : | |
| DAVID A. MAHALLY, UNITED STATES OF AMERICA, | : | |
| Defendants | : | |

## ORDER

NOW, THIS 16th DAY OF MAY, 2008, the parties having entered into a Stipulation Agreement (Dkt. Entry 5-3) to cure the default on the mortgage in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. This action is STAYED until further order of Court.

2. For administrative purposes only, the Clerk of Court is directed to mark this matter as CLOSED until such time as the stay of litigation is lifted.

                                            s/ Thomas I. Vanaskie
                                            Thomas I. Vanaskie
                                            United States District Judge